UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER RENE AVIST | CIVIL ACTION |
| VERSUS | NO. 23-1419 |
| TRAVIS DAY, WARDEN | SECTION "R" (3) |

## ORDER

Before the Court is petitioner Christopher Rene Avist's motion for extension of time to file a certificate of appealability from the Court's dismissal of his petition for writ of habeas corpus.[1] The Court dismissed Avist's habeas petition on May 30, 2024, and did not issue a certificate of appealability.[2] *See* 28 U.S.C. § 2253(c)(2) ("A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right."). Under Rule 11 of the Rules Governing Section 2254 Proceedings, Avist may "seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22," but "may not appeal the denial" of his habeas petition. *See also* Fed. R. App. P. 22(b)(1) ("[T]he applicant cannot take an appeal unless a circuit justice or a circuit or district judge issues a certificate of appealability under 28 U.S.C. § 2253(c).").

---

[1]   R. Doc. 30.
[2]   R. Doc. 29 at 9-10.

Because the Court determined that Avist was not entitled to a certificate of appealability, Avist's request for an extension of time to file such a certificate is denied.

For the foregoing reasons, Avist's motion is DENIED.

New Orleans, Louisiana, this __22nd__ day of July, 2024.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE